IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES J. KANIA,                          )
            Plaintiff,                   )
                                         )
        vs                               )   Civil Action No. 07-713
                                         )
JOHN E. POTTER,                          )
Postmaster General of the United States, )
            Defendant.                   )


O R D E R

AND NOW, this 5ᵗʰ day of January, 2009, after the plaintiff filed an amended

complaint in the above-captioned case, and after the defendant submitted a motion for summary

judgment, and after a Report and Recommendation was issued by the United States Magistrate

Judge, and the parties were granted thirteen days after being served with a copy to file written

objections thereto, and upon consideration of the objections filed by the plaintiff, and after

independent review of the pleadings, and the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

        IT IS ORDERED that the defendant's motion for summary judgment (Document No. 30)

is granted.

_____
United States District Judge

cc:     All Counsel of Record

         Honorable Robert C. Mitchell
         United States Magistrate Judge